**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 433 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| NAZARIO BURGOS, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.